IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEAN C. BOYD     PLAINTIFF

v.     No. 4:21CV159-GHD-DAS

SILVIA SUTTON, ET AL.     DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion entered this day:

(1) The motions [50], [75] for summary judgment by defendants Dr. Herzog and Misty Hughes are **GRANTED**;

(2) Judgment is **ENTERED** in favor of defendants Herzog, Hughes Campbell, Sutton in all respects;

(3) All of the plaintiff's claims against defendant Charles Thomas are **DISMISSED** for failure to state a claim upon which relief could be granted – *except* the claim of excessive force arising out of transport of the plaintiff by van from the hospital to the Mississippi State Penitentiary.

**SO ORDERED**, this, the 26th day of July, 2022.

_____
SENIOR UNITED STATES DISTRICT JUDGE