IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEAN C. BOYD                                                                                                   PLAINTIFF

v.                                                                                               No. 4:21CV159-GHD-DAS

SILVIA SUTTON, ET AL.                                                      DEFENDANTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, defendant Charles Thomas' motion for summary judgment is **GRANTED**; all of the plaintiff's claims against defendant Thomas are **DISMISSED** without prejudice for failure to exhaust administrative remedies. In addition, as Thomas is the sole remaining defendant, the instant case is **DISMISSED**. This case is **CLOSED**.

**SO ORDERED**, this, the 25th day of April, 2023.

_____
SENIOR U.S. DISTRICT JUDGE